CONNECTICUT DEVELOPMENT CREDIT CORPORATION *v.* GENO L. PIANTONI ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Middlesex County is granted unless the defendants file their request for a finding and draft finding on or before July 6, 1976.

*Robert H. Hall,* for the appellee (plaintiff).

No appearance for the appellants (defendants).

Argued June 1—decided June 1, 1976

SIX CARPENTERS, INC., ET AL. *v.* BEACH CARPENTERS CORPORATION

The named plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Richard B. Cramer,* for the appellee (named plaintiff).

*R. Cornelius Danaher,* for the appellant (defendant).

Argued June 1—decided June 1, 1976

AIJA VAN PATTEN *v.* PHILIP VAN PATTEN

The plaintiff's motion to dismiss the defendant's appeal filed April 28, 1976, from the Superior Court in New London County is denied.

*G. J. Stillson MacDonnell,* for the appellee (plaintiff).

*Donald O'Brien,* for the appellant (defendant).